UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPOONER ESTATE,

                Plaintiff,

-v-

DISTRICT OF COLUMBIA *et al.*,

                Defendants.

20-MC-320 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff filed this motion alongside a longer complaint that has been assigned case number 20-CV-7516. The motion overlaps substantially with the complaint and seeks some or all of the relief sought in the complaint. "As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative of another federal court suit." *Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 (2d Cir. 2000). The Court exercises its inherent authority to dismiss the duplicative motion in favor of the complaint.

    Accordingly, the motion assigned case number 20-MC-320 is DISMISSED without prejudice. The Clerk is directed to close the case. This dismissal has no bearing on the claims in Plaintiff's other case at 20-CV-7516.

    The Clerk is directed to serve a copy of this order by mail to Plaintiff.

    SO ORDERED.

Dated: September 22, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge